THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Karla Wilson,       
Appellant.
 
 
 

Appeal From Florence County
B. Hicks Harwell, Jr., Circuit Court Judge

Unpublished Opinion 
 No.  2003-UP-413
Submitted April 18, 2003  Filed 
 June 19, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal 
 Counsel Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of South 
 Carolina Department of Probation, Parole & Pardon Services, of Columbia, 
 for Respondent.
 
 
 

PER CURIAM:  Karla Wilson appeals from an order of the trial court revoking 
 her probation.  She initially pled guilty to possession of a controlled substance.  
 She was sentenced to two years, suspended upon the service of five years probation.  
 Wilson violated her probation.  The judge revoked her probation in full and 
 reinstated the two year sentence.  Wilsons appellate counsel filed a brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally 
 submitted a petition to be relieved from representation, asserting there are 
 no directly appealable issues of arguable merit.  Wilson did not file a pro 
 se response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 CURETON, ANDERSON, and HUFF, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.